UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    -v-<br><br>WILLIAM F. BAKER,<br><br>       Defendant. | 25-cr-387 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Upon joint consent from counsel to the parties, and good cause having been fully demonstrated at the hearing before the Court on October 9, 2025, it is hereby ordered that, pursuant to 18 U.S.C. § 4241(b), a forensic psychiatric examination will be conducted of defendant William F. Baker to determine his mental competency and ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense; that the examination will be conducted by Jeremy Cooley, M.D., whose $400 hourly rate shall be compensated by the Government; and that, unless Dr. Cooley requests otherwise, a report of such examination will be provided to the Court, defense counsel, and the Government by November 9, 2025.

    SO ORDERED.

Dated:  New York, NY
       October 9, 2025

                                                  JED S. RAKOFF, U.S.D.J.