UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       Plaintiff,

  -v-

WILLIAM F. BAKER,

       Defendant.

---

25-cr-387 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Based on a competency hearing held on November 19, 2025 and continued on January 8, 2026, and for the reasons stated on the record at the hearing, including the Court's review of the November 17, 2025 report of Dr. Jeremy Colley, Dr. Colley's testimony at the hearing, defense counsel's and government counsel's observations regarding the defendant, and the Court's own observations of the defendant during court appearances:

THE COURT HEREBY FINDS by a preponderance of the evidence that the defendant is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense pursuant to 18 U.S.C. § 4241(d); and

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility of the Bureau of Prisons ("BOP") for such a reasonable period of time, not to exceed

1

four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the parties to proceed to trial pursuant to 18 U.S.C. § 4241(d)(1);

IT IS FURTHER ORDERED that, at the conclusion of such reasonable period of time, up to four months, the BOP shall prepare an additional report on the mental competence of the defendant, which specifically addresses whether the defendant has been restored to competence and, if not, whether there is a substantial probability that hospitalization for an additional reasonable period of time will permit the defendant's restoration to competence;

IT IS FURTHER ORDERED that the BOP provide this additional report to the Court within a reasonable period of time following the conclusion of the initial time period of hospitalization; and

IT IS FURTHER ORDERED that, by February 9, 2026, the government shall submit a status report regarding the status of the commitment and restoration procedures outlined above.

SO ORDERED.

Dated:    New York, NY
          January 8, 2026

JED S. RAKOFF, U.S.D.J.

2